United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| United States of America | § | |
|     Plaintiff | § | |
| vs. | § | Criminal No. 14-194 |
| | § | |
| Melanie Mencer Parks, M.D., et al, | § | |
|     Defendants | § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Melanie Mencer Parks moves the Court for an order allowing her to substitute Cornel A. Williams as her attorney of record. Counsel has conferred with F. Andino Reynal and he nor Edward Chernoff are opposed to this motion.

Respectfully submitted,

/s/ Cornel A. Williams

_____
Cornel A. Williams
Attorney at Law
1405 Palm Street
Houston, Texas 77004
(713) 520-5153 (Office)
(713) 524-4528 (Fax)
SBN. 21521750

## Certificate of Service

I certify that a true and correct copy of this motion was served on all counsel of record by the Court's electronic filing system.

/s/ Cornel A. Williams
_____
Cornel A. Williams

## Certificate of Conference

I certify that I have conferred with F. Andino Reynal and he nor Edward Chernoff are opposed to this motion.

/s/ Cornel A. Williams
_____
Cornel A. Williams